**Dismiss Writ and Opinion Filed September 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01156-CV
No. 05-13-01157-CV

## IN RE JOHN CLOUD, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-61603, F93-61604**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Relator contends the trial court failed to rule on his motion for DNA testing. The facts and issues are well known to the parties, so we need not recount them herein. Relator's motion for DNA testing was denied by the trial court on August 26, 2013. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding), *In re Gill*, No. 06-04-00090-CV, 2004 WL 1884498 at *1 (Tex. App.–Texarkana Aug. 24, 2004, orig. proceeding). Accordingly, we **DISMISS** relator's petition for writ of mandamus.

131156F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE